WR-63,863-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/2/2016 8:25:35 AM
Accepted 6/2/2016 11:20:42 AM
ABEL ACOSTA
CLERK

<u>**WRIT NO. 63,863-03**</u>
<u>**TRIAL COURT CASE NO(s) 7493**</u>

**TEXAS COURT OF
CRIMINAL APPEALS
AUSTIN, TEXAS**

RECEIVED
COURT OF CRIMINAL APPEALS
6/2/2016
ABEL ACOSTA, CLERK

| | | |
|---|---|---|
| **BRUCE DIGBY,**<br>Petitioner | §<br>§<br>§ | **APPEAL FROM THE 1-A DISTRICT**<br>**COURT** |
| vs. | §<br>§ | **OF** |
| **THE STATE OF TEXAS,**<br>Respondent | §<br>§ | **TYLER COUNTY, TEXAS** |

<u>**MOTION TO EXTEND THE TIME FOR FILING
PETITIONER'S SUPPLEMENTAL WRIT OF HABEAS CORPUS
AND TO SET HEARING**</u>

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW the Petitioner and moves the Court for an extension of time to file a

Petitioner's Supplemental Writ and schedule a hearing before the District Court in this cause ,

and in support thereof would show the Court as follows:

**I.**

The Appellant plead guilty to Aggravated Sexual Assault of a Child, reduced to a Sexual

Assault, a second degree on  November 6th, 1989, and received a sentence of five (5) years

confinement in the Institutional Division of the Department of Criminal Justice of Texas, in the 88th

Judicial District Court of TYLER County, Texas, in CAUSE NO. 7493; **THE STATE OF TEXAS**

**VS.  BRUCE DIGBY**.

**II.**

That Petitioner's Supplemental Writ for Habeas Corpus was due to be filed on the June 2nd,

2016. The Court of Criminal Appeals entered an order that the 1-A District Court enter Findings of Facts and Conclusions by June 6th, 2016

## III.

Petitioner has conferred with Sue Korioth, attorney for the State and she is unopposed to this Motion for Extension of Time in Filing Petitioner's Supplemental Writ of Habeas Corpus and to Set a Hearing.

## IV.

Petitioner respectfully requests that this Honorable Court grant an additional extension of approximately Sixty (60) days or until the 1st day of August 2016.

## V.

That such extension is necessary for the following reasons:

Counsel is respectfully requesting this Honorable Court's consideration in extending the time in filing the Petitioner's Supplemental Writ of Habeas Corpus and to Have a Hearing for the Court to enter Findings of Facts and Conclusions of Law for the following reasons:

1. Counsel was just recently retained by Appellant on May 4th, 2016. This has left counsel little time in preparing, finalizing and filing Petitioner's Supplemental Writ of Habeas Corpus.

3. Counsel's wife had invasive surgery on April 21st, 2016. On four occasions since surgery she has been admitted to the emergency room for severe dehydration, nausea and vomiting blood. Due to counsel's wife being ill to the point of incapacitation, has caused an erratic trial court schedule in several counties. Combined, this set of circumstances has not allowed counsel to finalize and file Petitioner's Supplemental Writ and Request for Hearing in order that the Court may enter it's Findings and Facts of Conclusions of Law.

4.     This extension is not sought for delay, but that justice may be done in this case.

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully requests and prays that this Honorable Court extend the time for the filing of Appellant's Petition for Discretionary Review be filed herein approximately August 1st, 2016.

Respectfully submitted,

/s/Bryan S. Laine
**/s/Bryan S. Laine**
1045 S. Redwood
Kountze, Texas 77625
Tel: (409) 246-4008
Fax: (409) 246-3645

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing document has been forwarded

to Sue Korioth, States Counsel, P. O. Box 600103, Dallas,Texas 75360, and by facsimile at (214)

821-2519; and  Lou Ann Cloy, Tyler County District Attorney, by facsimile and hand delivery, on

this the 2nd day of June 2016.

/s/Bryan S. Laine
/s/Bryan S. Laine
State Bar No. 24011488


**HONORABLE DELINDA GIBBS-WALKER**
**1-A Judicial District Judge**
**Tyler County**
**100 West Bluff**
**Woodville, Texas 75979      Facsimile (409) 384-9570**

**TEXAS COURT OF**
**CRIMINAL APPEALS**
**AUSTIN, TEXAS**

| | | |
|---|---|---|
| **BRUCE DIGBY,**<br>Petitioner | §<br>§<br>§ | **APPEAL FROM THE 1-A DISTRICT**<br>**COURT** |
| **vs.** | §<br>§ | **OF** |
| **THE STATE OF TEXAS,**<br>Respondent | §<br>§ | **TYLER COUNTY, TEXAS** |

**MOTION TO EXTEND THE TIME FOR FILING**
**PETITIONER'S SUPPLEMENTAL WRIT OF HABEAS CORPUS**
**AND TO SET HEARING**

On _____, 2016, came on to be considered BRUCE DIGBY,

Motion to Extend the Time for Filing Petitioner's Supplemental Writ of Habeas Corpus and to

Set Hearing. Motion is hereby:

(Granted)   (Denied)

JUDGE PRESIDING

_____